UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOSEPH WILLIAMS,

                                            Civil No. 25-2302 (JRT/DTS)

          Petitioner,

v.

JARED RARDIN, *Warden*.

                              **ORDER ADOPTING REPORT AND RECOMMENDATION**

          Defendant.

---

Joseph Williams, FMC – Rochester, PMB 4000, Rochester, MN 55903, Pro Se Petitioner.

Ana H. Voss, Lucas B. Draisey, **UNITED STATES ATTORNEY'S OFFICE**, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge David T. Schultz dated November 3, 2025 (Docket No. [14]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

    1. Petitioner Joseph Williams' Amended Habeas Petition (Docket No. [9]) be **DENIED;** and

    2. This matter be **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: February, 2, 2026            _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                 JOHN R. TUNHEIM
                                                United States District Judge